FILED
JUN 10 2019

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

PROB 22
(Rev. 2/88)

FILED _____ LODGED
RECEIVED ✓ COPY

MAY 31 2019

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY

TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER (Tran. Court) | SA17CR0066 |
| DOCKET NUMBER (Rec. Court) | CR-19-50100-PHX-SMB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Marlon Parris | Western District of Texas | San Antonio |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Manuel L. Real - Central of California | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 05/12/2016 | TO 05/11/2021 |

OFFENSE
Conspiracy to Distribute Cocaine, in violation of 21 U.S.C. § 846 and § 841(a)(1), (b)(1)(A)(ii)

PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Arizona - Phoenix upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

May 10, 2019
_____
Date

_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE _____ DISTRICT OF ARIZONA

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

5-28-19
_____
Effective Date

_____
United States District Judge