**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
JOHN H. WOOD JR., U.S. COURTHOUSE
655 EAST CESAR E. CHAVEZ BLVD.
**SAN ANTONIO, TEXAS 78206-1106**

**JEANNETTE J. CLACK**
Clerk of Court

June 10, 2019

CLERK, U.S. DISTRICT COURT
U.S. DISTRICT COURT
SANDRA DAY O'CONNER COURTHOUSE
401 W. WASHINGTON ST., SUITE 130
PHOENIX, ARIZONA 85003-2118

SUBJECT: SA-17-CR-0066-(1)
USA v. Marlon Parris

Dear Deputy Clerk:

The above action has been transferred to your division.

Enclosed is a certified copy of the transfer order and the docket sheet.

You may access electronically filed documents for this case at our DCN CM/ECF web address: http://156.124.96.229/MyDocketSheet/mydocketsheet.aspx. Any documents not available electronically are enclosed in paper format.

Please acknowledge receipt of the enclosed transfer order, docket sheet and original documents, if any, by signing and returning the enclosed copy of this letter to the divisional office at the address listed above.

Sincerely,
JEANNETTE J. CLACK
CLERK OF COURT

By: _____
Wayne Garcia, ~~Deputy~~ Clerk

Received this _____ day of _____, 201__, by: _____